In the Matter of the PORT OF NEW YORK AUTHORITY, Respondent, Relative to Acquiring Title to Real Property for the Third Tube and Additional Approaches and Connections of the Lincoln Tunnel, in the Borough of Manhattan. ROFAR REALTY CO., INC., Appellant.

Submitted February 24, 1953; decided March 5, 1953.

*Emily Marx* for motion.
*Nathaniel Fensterstock* and *Sidney Goldstein* opposed.

Motion dismissed, with $10 costs, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution and does not come within the provisions of subdivision 2 of section 589 of the Civil Practice Act.